AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>**EDWARD MCLAUGHLIN**<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  5:MJ-12-63<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___February 2011-April 2012___ in the county of ___Pike & Lackawanna___ in the ___Middle___ District of ___Pennsylvania___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1958 | During in or about Feb. 2011 through in or about Apr. 2012, in Lackawanna and Pike Counties, within the Middle District of Pennsylvania, and elsewhere, the defendant, Edward McLaughlin, did combine conspire and agree with another person, to use the mail and any facility of interstate commerce, with the intent that a murder be committed in violation of the laws of the Commonwealth of Pennsylvania, as consideration for the receipt of, and as consideration for a promise and agreement to pay, things of pecuniary value, to wit: money, and one or more overt acts were committed in furtherance of the crime, in violation of Title 18, United States Code, Section 1958. |

This criminal complaint is based on these facts:


☑ Continued on the attached sheet.

_____
*Complainant's signature*

Timothy Harding, TFO, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6-18-12

_____
*Judge's signature*

City and state:  Wilkes Barre, PA        Malachy E. Mannion, U.S. Magistrate Judge
*Printed name and title*